UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| BRIAN M. MICHELI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 3:10-0987 |
| ) | Magistrate Judge Bryant |
| S & S FIRESTONE, INC., et al., ) | **Jury Demand** |
| ) | |
| Defendants. ) | |

### **O R D E R**

Counsel for defendant has notified the Court that the parties have settled this case.

On or before **July 15, 2011**, the parties shall file a stipulation and proposed order of dismissal.

It is so **ORDERED**.

                                            s/ John S. Bryant
                                            JOHN S. BRYANT
                                            United States Magistrate Judge